UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : Case No. 22-cv-4975 |
| v. | : : Hon. John Robert Blakey |
| CHICAGO CRYPTO CAPITAL LLC, BRIAN B. AMOAH, DARCAS OLIVER YOUNG, and ELBERT G. ELLIOTT, | : : : : |
| Defendants. | : : |

**AGREED MOTION FOR ENTRY OF A CONSENT JUDGMENT
AGAINST DEFENDANT OLIVER YOUNG**

Plaintiff U. S. Securities and Exchange Commission ("SEC") respectfully requests that the Court approve and enter the proposed judgment against Defendant Oliver Young, which is attached hereto as Exhibit B.

1. On September 14, 2022, the SEC filed a complaint in this action, alleging that Defendants Chicago Crypto Capital LLC and three individuals violated the federal securities laws by conducting an unregistered offering of crypto asset securities called BXY, and made false and misleading statements to investors in connection with the offer and sale of BXY tokens. *See* Docket No. 1.

2. Prior to the filing of this case, Defendant Oliver Young agreed to resolve the SEC's claims against him through the entry of a consent judgment. (A copy of Young's Consent is attached to this motion as Exhibit A.) More specifically, Young has consented to the entry of a judgment order which:

(a) permanently enjoins him from violating Sections 5 and 17(a) of the Securities Act

of 1933 ("Securities Act") and Sections 10(b) and 15(a) of the Securities Exchange Act of 1934 ("Exchange Act");

(b) permanently enjoins him from participating, directly or indirectly, in any offering of crypto asset securities (other than for his own account);

(c) requires him to pay the SEC $100,000, which represents the disgorgement of his ill-gotten gains, plus $15,594.96 in prejudgment interest; and

(d) requires him to pay the SEC a civil penalty in the amount of $124,311.

*See* Exhibit B.

3. The proposed final judgment order against Defendant Oliver Young may be entered immediately, and will resolve all of the SEC's claims against him.

4. The SEC's litigation against Defendants Chicago Crypto Capital LLC, Brian Amoah and Elbert Elliott will continue.

Wherefore, the SEC respectfully requests that the Court enter the proposed final judgment imposing permanent injunctive relief against Defendant Oliver Young, which is attached hereto as Exhibit B.

Dated: September 21, 2022.

By: */s/Robert M. Moye*
Robert M. Moye (moyer@sec.gov)
Peter Senechalle (senechallep@sec.gov)
Devlin N. Su (sude@sec.gov)
Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390

*Attorneys for Plaintiff, Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I certify that on September 21, 2022, I caused copies of the foregoing Agreed Motion for the Entry of a Consent Judgment against Defendant Oliver Young, to be served by email delivery, upon:

Gary M. Sinclair, Esq. (gary@garyslaw.com)
2043 N. Mohawk St., Unit 1N
Chicago, Illinois  60614
(773) 871-4389

*Counsel for Defendant Darcas Oliver Young*

Defendant Brian B. Amoah (bbamoah@gmail.com)

Defendant Elbert G. Elliott (elliotte338@gmail.com)

*/s/Robert M. Moye*
Robert M. Moye